IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., ) ) ) | CIVIL NO. 20-00200-JMS-KJM |
| Plaintiffs, ) ) | **DECLARATION OF ASHLEY K. IKEDA** |
| vs. ) ) | |
| LANGOIA NISA, individually, and doing business as NISA CONTRACTOR, and LEOLA NISA, individually, ) ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| AMERICAN SAVINGS BANK, ) ) | |
| Garnishee. ) _____ ) | |

## DECLARATION OF ASHLEY K. IKEDA

ASHLEY K. IKEDA, declares as follows:

1. He is the attorney for Plaintiffs herein and as such has knowledge of the facts hereinafter set forth.

2. On May 1, 2020, 2015 Plaintiffs filed a Complaint For Specific Performance, Assumpsit And Damages; Exhibits "1" – "4"; Summons ("Complaint") [Doc. No. 1] in the above-entitled Court which commenced this action to recover judgment against Defendants LANGOIA NISA, individually, and

doing business as NISA CONTRACTOR, and LEOLA NISA, individually, the above-named ("Defendants"), for the recovery of damages consisting of unpaid contributions and liquidated damages owing to Plaintiffs TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS ("Plaintiffs") and costs, interest and attorneys' fees.

3. On June 9, 2020, this Court entered "Default Judgment By Clerk Against Defendants LANGOIA NISA, individually, and doing business as NISA CONTRACTOR, and LEOLA NISA, individually," [Doc. No. 12] and Plaintiffs were awarded damages in the amount of $106,425.94, together with interest accruing from April 28, 2020 until entry of judgment herein at $31.93 per diem, plus legal interest from entry of judgment until paid.

6. The Judgment has not been reversed, modified or set aside, and this matter has not been stayed or appealed, and there is due and owing as of June 20, 2020, the principal sum of $106,425.94, plus $31.93 in per diem interest after June 9, 2020 through June 20, 2020 of $1,341.06 (42 days x $31.93 per diem) for a total of $107,767.00, against Defendants, together with post judgment interest, costs and attorneys' fees.

7. Plaintiffs are still owners of said Judgment.

8. Plaintiffs hereby move this Court to issue Garnishee Summons to AMERICAN SAVINGS BANK (hereinafter "GARNISHEE") in this instant motion.

8. Declarant is informed and believes that said GARNISHEE is in receipt of, or will receive and be in possession of funds, salary, stipends, commission, or wages belonging and owing to Defendant LANGOIA NISA, individually, and doing business as NISA CONTRACTOR, and LEOLA NISA.

9. The funds sought to be garnished from AMERICAN SAVINGS BANK, are the personal, business or commercial accounts of Defendants.

10. Defendants LANGOIA NISA, individually, and doing business as NISA CONTRACTOR and LEOLA NISA, individually, are gainfully employed and the owner of a construction company, thus the funds sought to be garnished are not traceable to AFDC grants or Social Security benefits.

I declare under penalty or, perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, ___June 20_____, 2020.

/S/ ASHLEY K. IKEDA
_____
ASHLEY K. IKEDA

3