WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA   2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:   (808) 528-8881
e-mail:  aikeda@unioncounsel.net
          jchang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., | CIVIL NO. 20-00200-JMS-KJM |
| Plaintiffs, | **ORDER** |
| vs. | |
| LANGOIA NISA, individually, and doing business as NISA CONTRACTOR, and LEOLA NISA, individually, | |
| Defendants, | |
| and | |
| AMERICAN SAVINGS BANK, | |
| Garnishee. | |

## **ORDER**

The foregoing Ex Parte Motion is granted and it is HEREBY

ORDERED that Garnishee Summons issue according to law.

DATED: Honolulu, Hawaii, June 25, 2020.



Kenneth J. Mansfield
United States Magistrate Judge

---

HAWAII LABORERS' TRUST FUNDS, et al., Plaintiffs, vs. LANGOIA NISA, individually, and doing business as NISA CONTRACTOR, and LEOLA NISA, individually, Defendant, and AMERICAN SAVINGS BANK, Garnishee; U.S.D.C.; D. Haw.; CIVIL NO. 20-00200-JMS-KJM; GARNISHEE SUMMONS.