WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA   2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:   (808) 528-8881
e-mail:  aikeda@unioncounsel.net
         jchang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., | CIVIL NO. 20-00200-JMS-KJM |
| Plaintiffs, | **GARNISHEE SUMMONS** |
| vs. | |
| LANGOIA NISA, individually, and doing business as NISA CONTRACTOR, and LEOLA NISA, individually, | |
| Defendants, | |
| and | |
| AMERICAN SAVINGS BANK, | |
| Garnishee. | |

## GARNISHEE SUMMONS

TO:   American Savings Bank
      Attn: Legal Department
      1001 Bishop Street
      Honolulu, Hawaii  96813

You, as Garnishee, are hereby SUMMONED and required to appear personally before the Honorable KENNETH J. MANSFIELD, United States District Court Magistrate Judge, in his Courtroom at the Prince Kuhio Federal Building, Honolulu, Hawaii, at **9:45 a.m.**. on **August 17, 2020**, OR to file a written disclosure in the above-entitled court, and serve a copy of it on the Plaintiffs or their attorney within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath.  It must state whether you have or at the time of service:

a. had any of the goods or effects of the Defendants above-named in your hands, and if so, their nature, amount and value; or

b. were or are indebted to the Defendants, and if so, the nature and amount of the debt; or

c. Defendants were in receipt from you of any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust, and if so, the amount or rate thereof.

You as Garnishee are HEREBY ORDERED, to hold and secure from the time of service of this Summons, and until further order by the court, an amount of money which shall not exceed 120% of the amount of judgment, $107,767.00 as to Defendants LANGOIA NISA, individually, and doing business as NISA CONTRACTOR, and LEOLA NISA, individually, plus pre-judgment interest and post-judgment attorney's fees, interest and costs, as provided by H.R.S. Chapters 652 and 653, as amended.

See FEDERAL WAGE GARNISHMENT LAW, attached hereto as Exhibit "A", FOR APPLICABLE RESTRICTIONS.

(Singular includes plural and masculine includes feminine and neuter.)

DATED:  Honolulu, Hawaii, June 25, 2020.



/s/ Clerk, United States District Court
CLERK OF THE ABOVE-ENTITLED COURT

/s/ J.O., Deputy Clerk
DEPUTY CLERK,
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII